8

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Edward Allen Varner<br>Kirsten Elizabeth Varner<br><br>Debtor(s) | Case No: 19-24680-E-13C<br><br>NOTICE OF FILED CLAIMS |

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

| | | |
|---|---|---|
| Chapter 13 Filed | Thu | July 25, 2019 |
| First 341 Hearing | Thu | August 29, 2019 |
| Confirmation Date | Fri | Sep 27, 2019 |
| Bar Date/Govt Bar | Thu | October 3, 2019 / Tue January 21, 2020 |

| | |
|---|---|
| **"Scheduled"** | refers to the amount listed for the debt in the Schedule of Creditors filed at Court. |
| **"Filed"** | refers to the amount listed in the claim filed by or on behalf of the creditor. |
| **"Amt Per Plan"** | refers to the amount according to the plan. |
| **"Not Provided"** | refers to a claim amount not provided for by the Plan. |
| **"Special Notices"** | refers to parties who may be entitled to special notice. |

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated: April 22, 2020

DAVID P. CUSICK
CHAPTER 13 TRUSTEE

Claim No.:1----Atty Gen US Dept of Justice----Class:Court Matrix
Address: Civil Trial Sec Western Reg P O Box 683 Ben Franklin Stat Washington DC 20044 , 20044
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:7----BECKET & LEE LLP----Class:UNSECURED
Address: P O BOX 3001 MALVERN, PA 19355-0701
Account No.:2936 Date Filed: Sep 19, 2019
Scheduled: $584.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $782.36 Pay Percent: 19.00
Note: CAPITAL ONE/KOHLS

Claim No.:2----Central Anesthesia Service Exchange----Class:UNSECURED
Address: P O Box 660910 Vacaville CA 95688-0910 , 95688-0910
Account No.:2957 Date Filed:
Scheduled: $46.72 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 19.00
Note:

Claim No.:10----CITIBANK N A----Class:UNSECURED
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439
Account No.:0768 Date Filed: Sep 27, 2019
Scheduled: $5,846.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $6,566.48 Pay Percent: 19.00
Note: SEARS

Claim No.:11----CITIBANK N A----Class:UNSECURED
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439
Account No.:8278 Date Filed: Sep 27, 2019
Scheduled: $540.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $703.20 Pay Percent: 19.00
Note: SEARS

Claim No.:12----CITIBANK N A----Class:UNSECURED
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439
Account No.:4154 Date Filed: Sep 27, 2019
Scheduled: $4,224.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $4,790.10 Pay Percent: 19.00
Note: SEARS

Claim No.:15----CITIBANK N A----Class:UNSECURED
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439
Account No.:7078 Date Filed: Sep 27, 2019
Scheduled: $276.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $365.99 Pay Percent: 19.00
Note: HOME DEPOT

Claim No.:23----CITIBANK N A----Class:UNSECURED
Address: 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439
Account No.:0027 Date Filed: Sep 27, 2019
Scheduled: $120.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $140.82 Pay Percent: 19.00
Note: HOME DEPOT

Claim No.:5----Franchise Tax Board----Class:Court Matrix
Address: Bankruptcy Section MS A-340 P O Box 2952 Sacramento CA 95812-2952 , 95812-2952
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:6----Internal Revenue Services----Class:Court Matrix
Address: P O Box 7346 Philadelphia PA 19101-7346 , 19101-7346
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:3----JP MORGAN CHASE BANK----Class:UNSECURED
Address: P O BOX 15368 WILMINGTON, DE 19850
Account No.:1327 Date Filed: Aug 15, 2019
Scheduled: $1,548.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $1,807.86 Pay Percent: 19.00
Note:

Claim No.:22----JP MORGAN CHASE BANK----Class:UNSECURED
Address: P O BOX 15368 WILMINGTON, DE 19850
Account No.:8902 Date Filed: Aug 13, 2019
Scheduled: $943.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $1,148.23 Pay Percent: 19.00
Note:

Claim No.:20----Kirsten Elizabeth Varner----Class:Court Matrix
Address: 5638 Miners Circle Rocklin, CA 95765
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:8----MUFG UNION BANK N A----Class:SECURED - TO BE PAID OUTSIDE PLAN
Address: P O BOX 85600 MC: 2-36D-224 SAN DIEGO, CA 92186-5600
Account No.:3671 Date Filed: Aug 14, 2019
Scheduled: DIRECT PAY Monthly Pmt:$1,596.94 Int. Rate: 0.00
Filed: Pay Percent: 0.00
Note: DT/5638 MINERS CIR

Claim No.:25----MUFG UNION BANK N A----Class:SECURED - NOT PROVIDED FOR BY PLAN
Address: P O BOX 85600 MC: 2-36D-224 SAN DIEGO, CA 92186-5600
Account No.:3671 Date Filed: Aug 14, 2019
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $1,850.72 Pay Percent: 0.00
Note: DT ARRS/5638 MINERS CIR

Claim No.:26----MUFG UNION BANK N A----Class:SECURED - MTG SUPPL CLAIM - NOT PROVIDED FOR
Address: P O BOX 85600 MC: 2-36D-224 SAN DIEGO, CA 92186-5600
Account No.:3671 Date Filed: Oct 29, 2019
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $1,400.00 Pay Percent: 0.00
Note: FEES/REVIEW

Claim No.:14----PORTFOLIO RECOVERY ASSOCIATES LLC----Class:UNSECURED
Address: P O BOX 12914 NORFOLK, VA 23541
Account No.:5953 Date Filed: Sep 26, 2019
Scheduled: $764.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $984.61 Pay Percent: 19.00
Note: SYNCHRONY/TOYS R US

Claim No.:4----QUANTUM3 GROUP LLC----Class:UNSECURED
Address: P O BOX 788 KIRKLAND, WA 98083-0788
Account No.:4441 Date Filed: Sep 25, 2019
Scheduled: $2,049.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $2,424.55 Pay Percent: 19.00
Note: COMENITY/BIG LOTS

Claim No.:9----SAFE CREDIT UNION----Class:UNSECURED
Address: 2295 IRON POINT ROAD #100 FOLSOM, CA 95630-8765
Account No.:5917 Date Filed: Aug 20, 2019
Scheduled: $10,404.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $9,879.41 Pay Percent: 19.00
Note:

Claim No.:21----Scott M. Johnson----Class:Court Matrix
Address: 1430 Blue Oaks Boulevard, Suite 250 Roseville, CA 95747
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:13----Sutter Medical Foundation----Class:UNSECURED
Address: P O Box 255228 Sacramento CA 95865-5228 , 95865-5228
Account No.:2213 Date Filed:
Scheduled: $161.88 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 19.00
Note:

Claim No.:16----TRAVIS CREDIT UNION----Class:SECURED - TO BE PAID OUTSIDE PLAN
Address: P O BOX 2069 VACAVILLE, CA 95696
Account No.:7872 Date Filed: Aug 09, 2019
Scheduled: DIRECT PAY Monthly Pmt:$484.00 Int. Rate: 0.00
Filed: Pay Percent: 19.00
Note: *2012 CADILLAC ESCALADE/SEE CI

Claim No.:24----TRAVIS CREDIT UNION----Class:SECURED - NOT PROVIDED FOR BY PLAN
Address: P O BOX 2069 VACAVILLE, CA 95696
Account No.:7872 Date Filed: Aug 09, 2019
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note: *ARRS/2012 CADILLAC ESCALADE/

Claim No.:27----TRAVIS CREDIT UNION----Class:UNSECURED
Address: P O BOX 2069 VACAVILLE, CA 95696
Account No.:7872 Date Filed: Aug 09, 2019
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $11,379.59 Pay Percent: 19.00
Note: *+DEF BAL/2012 CADILLAC ESCAL/

Claim No.:17----US Attorney Chief Tax Division----Class:Court Matrix
Address: For the CA Franchise Tax Board 450 Golden Gate Ave 10th Floor Box 36 San Francisco CA 94102 ,
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:18----WELLS FARGO CARD SERVICES----Class:UNSECURED
Address: P O BOX 9210 DES MOINES, IA 50306
Account No.:627672090 Date Filed: Sep 16, 2019
Scheduled: $16,070.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $17,380.62 Pay Percent: 19.00
Note:

Claim No.:19----WELLS FARGO CARD SERVICES----Class:UNSECURED
Address: P O BOX 9210 DES MOINES, IA 50306
Account No.:617649718 Date Filed: Sep 26, 2019
Scheduled: $3,781.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $4,123.77 Pay Percent: 19.00
Note:

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $ 0.00 | $ 0.00 | $62,477.59 |

DEBTOR'S ATTORNEY

SCOTT JOHNSON ESQ----Class:ATTORNEY FEE

Address: 1430 BLUE OAKS BLVD STE 250 ROSEVILLE, CA 95747

Amt per Plan: $2,500.00