3
SCOTT M. JOHNSON (BAR # 287182)
scott@galeangelojohnson.com
GALE ANGELO JOHNSON P.C.
2999 Douglas Boulevard, Ste 111
Roseville, CA 95661
Tele: 916-290-7778
Fax: 916-282-0771

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**EDWARD ALLEN VARNER**<br>**KIRSTEN ELIZABETH VARNER**,<br><br>Debtor. | Case No.: 2019-24680-E-13<br>DC No.: SMJ-1<br><br>Chapter 13<br><br>**DECLARATION OF DEBTORS IN SUPPORT OF DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**<br><br>Date: August 6, 2024<br>Time: 2:00 p.m.<br>Judge: Hon. Judge Sargis<br>Crtrm: 33<br>Dept.: E<br>Location: 501 "I" Street, Floor 6<br>Sacramento, California |

We, Edward Allen Varner and Kirsten Elizabeth Varner, do hereby declare as follows:

1. We are the Chapter 13 debtors in the above-captioned bankruptcy case, having filed our petition for relief on July 25, 2019to reorganize my debts.

2. On or about August 29, 2019, a Section 341 Meeting of Creditors was held before the Chapter 13 Trustee, David Cusick. The meeting was concluded.

3. Our Chapter 13 Plan was confirmed on September 27, 2019.

4. We have been informed by our attorney that any fees or charges required by the Court have been paid in full.

5. The Modified Chapter 13 Plan is proposed in good faith and not to deceive any creditors.

6. The Modified Chapter 13 Plan pays unsecured creditors at least as much as they would have received if we had filed for Chapter 7, as explained to us by our attorney. As far as our assets are concerned, we have exempted all of those assets that could be exempted on Schedule C as explained to us by our attorney. Such an assessment is, of course, for the Court to make. *Please see,* **Exhibit A** filed concurrently herewith.

7. The confirmed plan proposed to pay 19% to unsecured creditors based on an estimated total of $47,357.60 in general unsecured claims, for a total estimated pay out of $8,997.94. In 2020 er elected to surrender a vehicle secured by a debt to Travis Credit Union (a class 4 claim). On April 6, 2020, Travis Credit Union filed claim 1-3 for the unsecured deficiency balance on their previously secured claim. As a consequence, this increased the total amount of unsecured debt with filed claims to $62,351.59, which in turn made the plan unfeasible as confirmed. The proposed modification does not decrease the total amount paid to Class 7 general unsecured creditors, it merely adjusts the anticipated percentage based on the unanticipated increase in total unsecured claims. Accordingly, our Modified Chapter 13 Plan has been amended decrease the percentage paid to general unsecured creditors from 19% to 15%.

8. We are current on our Chapter 13 Plan payments pursuant to the terms of this Modified Chapter 13 Plan.

9. We have no domestic support obligations.

10. We have filed all applicable Federal, State, and Local tax returns pursuant to Section 1308.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed this __1st__ day of July 2024, in Rocklin, California.

_/s/ Edward Allen Varner___
Edward Allen Varner
Debtor/Declarant

_/s/ Kirsten Elizabeth Varner___
Kirsten Elizabeth Varner
Joint-Debtor/Declarant